**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00226-CR**
_____

**REGINALD CARVIN KYLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 25280**

**MEMORANDUM OPINION**

In an open plea, appellant Reginal Carvin Kyles pleaded guilty to murder. After conducting a sentencing hearing, the trial court assessed Kyles's punishment at life in prison.

Kyles's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex.

Crim. App. 1978). On November 15, 2021, we granted an extension of time for Kyles to file a *pro se* brief. We received no response from Kyles.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on February 18, 2022
Opinion Delivered March 2, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.

---

[1]Kyles may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2